PROB 12C
(6/16)

Report Date: December 10, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucas Roy Howard Sermeno         Case Number: 0980 1:20CR02010-SAB-1

Address of Offender:                                                 Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief  U.S. District Judge

Date of Original Sentence: December 3, 2020

Original Offense:        Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3)

Original Sentence:       Prison - 22 months             Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Michael Davis Murphy          Date Supervision Commenced: November 12, 2021

Defense Attorney:        Paul E. Shelton               Date Supervision Expires: November 11, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on November 15, and 23, 2021. |
| | On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included special condition number 6. |
| | On November 12, 2021, the substance abuse testing instructions were reviewed with Mr. Sermeno. He verbally acknowledged his understanding of the testing program. He was instructed to call the Merit colorline system for the color brown. When the color brown was called, he was to report to Merit and submit to a drug screen. |

Prob12C
**Re: Sermeno, Lucas Roy Howard**
**December 10, 2021**
**Page 2**

On December 6, 2021, this officer verified Mr. Sermeno failed to submit UA's to Merit on November 15 and 23, 2021.

2    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to report to the probation office as instructed on December 3, 2021.

On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included standard condition number 2.

On December 2, 2021, this officer attempted to conduct a home inspection at Mr. Sermeno's residence. At the front door, this officer encountered an individual who stated he was Mr. Sermeno's cousin. The offender's cousin stated Mr. Sermeno was not home and he had not seen him. This officer provided Mr. Sermeno's cousin with a business card instructing Mr. Sermeno to report on December 3, 2021, before 3 p.m. His cousin stated he would let Mr. Sermeno know.

On December 3, 2021, Mr. Sermeno failed to report to the probation office as directed. He also did not attempt to call or text this officer.

On December 6, 2021, this officer attempted to contact Mr. Sermeno by telephone, but received no answer. This officer left a voice mail message on the offender's cellular telephone, with this officer's contact information. This officer also sent Mr. Sermeno a text message stating a warrant would be issued if he did not contact this officer by the end of the day. Approximately 15 minutes later, this officer received a telephone call from Mr. Sermeno. The offender stated he avoided this officer because he "messed up" by consuming methamphetamine and alcohol.

3    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by consuming methamphetamine on or before December 6, 2021.

On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included special condition number 6.

On December 6, 2021, U.S. Probation Officer (USPO) Casey and this officer conducted a home inspection at Mr. Sermeno's listed residence. During this visit, Mr. Sermeno was confronted regarding his illegal drug use. Mr. Sermeno stated he relapsed over the past two weeks, consuming methamphetamine and alcohol daily. As a result, Mr. Sermeno signed an Admission/Denial Drug Use form admitting he consumed methamphetamine.

Prob12C

**Re: Sermeno, Lucas Roy Howard**
**December 10, 2021**
**Page 3**

|   |   |
|---|---|
| 4 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by consuming alcohol on or before December 6, 2021.

On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included special condition number 5.

On December 6, 2021, U.S. Probation Officer (USPO) Casey and this officer conducted a home inspection at Mr. Sermeno's listed residence. During this visit, Mr. Sermeno was confronted regarding his illegal drug use. Mr. Sermeno stated he relapsed over the past two weeks, consuming methamphetamine and alcohol daily. As a result, Mr. Sermeno signed an Admission/Denial Drug Use form admitting he consumed alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 10, 2021

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

12/13/2021

Date