A PROB 12C
(6/16)

Report Date: February 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucas Roy Howard Sermeno     Case Number: 0980 1:20CR02010-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 3, 2020

Original Offense:     Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3)

Original Sentence:    Prison - 22 months        Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Michael Davis Murphy      Date Supervision Commenced: November 12, 2021

Defense Attorney:     Paul Shelton              Date Supervision Expires: November 11, 2024

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/10/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #2**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to complete a mental health evaluation on January 31, 2022.

On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included special condition number 2.

This officer received notification from Ken Schafer at Ken Schafer and Associates that Mr. Sermeno was a no-show for his mental health assessment on January 31, 2022.  This officer made multiple attempts to contact Mr. Sermeno via telephone and confirm his attendance, but Mr. Sermeno's telephone was disconnected at each attempt.

Prob12C
**Re: Sermeno, Lucas Roy Howard**
**February 7, 2022**
**Page 2**

| | | |
|---|---|---|
| 6 | | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to re-engage in substance abuse treatment at Merit Resource Services (Merit) on January 21, 2022.

On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included special condition number 4.

This officer spoke to Mr. Sermeno on January 18, 2022, and directed him to report to Merit on January 21, 2022, to re-engage in substance abuse treatment. After multiple attempts to contact Mr. Sermeno by telephone and receiving disconnected signals, this officer contacted staff at Merit on January 28, 2022, and was informed that Mr. Sermeno had not attended any treatment classes since January 5, 2022.

| | | |
|---|---|---|
| 7 | | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to report to Merit for a urinalysis (UA) on January 10 and 27, 2022.

On November 12, 2021, the supervised release conditions were reviewed and signed with Mr. Sermeno, acknowledging an understanding of his conditions, which included special condition number 6.

On November 12, 2021, the substance abuse testing instructions were reviewed with Mr. Sermeno. He verbally acknowledged his understanding of the testing program. He was instructed to call the Merit color line system for the color brown. When the color brown was called, he was to report to Merit and submit to a drug screen.

On January 11, 2022, this officer received notification that Mr. Sermeno failed to submit a UA to Merit on January 10, 2022.

On January 28, 2022, this officer received notification that Mr. Sermeno failed to submit a UA to Merit on January 27, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

Prob12C
Re: Sermeno, Lucas Roy Howard
February 7, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

2/8/2022
Date