A PROB 12C
(6/16)

Report Date: August 22, 2023

# United States District Court

#### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Lucas Roy Howard Sermeno     Case Number: 0980 1:20CR02010-SAB-1

Address of Offender: ███████████████  Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 3, 2020

Original Offense:       Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3)

| | | |
|---|---|---|
| Original Sentence: | Prison - 22 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/07/2022) | Prison - 9 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: July 11, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: Tolling |

### PETITIONING THE COURT

To issue a warrant.

On August 10, 2023, the supervised release conditions were reviewed by Mr. Sermeno, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to engage in substance abuse treatment at Merit Resource Services (Merit) on August 16, 2023. |

Prob12C
**Re: Sermeno, Lucas Roy Howard**
**August 22, 2023**
**Page 2**

On August 10, 2023, during Mr. Sermeno's supervised release intake, this officer confirmed Mr. Sermeno was scheduled to engage in outpatient substance abuse treatment at Merit on August 16, 2023. After multiple attempts to contact Mr. Sermeno by telephone, this officer contacted staff at Merit on August 18, 2023, and was informed that Mr. Sermeno was a no call, no show for his outpatient substance abuse appointment.

2    **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected changes.

**Supporting Evidence:** Mr. Sermeno is alleged to have violated his conditions of supervised release by failing to notify the probation officer of a change of address since August 21, 2023.

On August 16, 2023, this officer attempted to conduct a home inspection at Mr. Sermeno's approved residence, Progress House, at 921 South 19th Avenue, Yakima, Washington. This officer made contact with an individual that resides at the residence. The individual stated the last time they saw Mr. Sermeno at the house was Monday, August 14, 2023. This officer gave the individual a business card to put on Mr. Sermeno's door.

Between August 17 and 21, 2023, this officer attempted to contact Mr. Sermeno by cellular telephone numerous times but was unsuccessful.

On August 21, 2023, this officer attempted to conduct a home inspection at Mr. Sermeno's approved residence, Progress House. This officer contacted an individual who resides at the residence who stated Mr. Sermeno had not been there in a while. He invited this officer inside the home to contact Mr. Sermeno in his room. This officer contacted Mr. Sermeno's roommate, who said he moved in yesterday and has not yet met Mr. Sermeno. This officer left a business card on the cabinet door of Mr. Sermeno's side of the room so he could see it when he entered the room. The business card had written reporting instructions directing Mr. Sermeno to report that day before 4 p.m. or court action would be taken. This officer contacted the house manager who stated Mr. Sermeno moved out a few days ago.

This officer also contacted Mr. Sermeno's family member, who stated he was no longer residing at the Progress House in Yakima because he was staying on the Yakama Reservation. The family member said she would attempt to contact Mr. Sermeno and inform him that a warrant would not be requested if he reported to the probation office that day before 4 p.m.

Mr. Sermeno did not contact the probation office or report to the probation office before 4 p.m. on August 21, 2023.

3    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Sermeno, Lucas Roy Howard
August 22, 2023
Page 3

**Supporting Evidence:** Mr. Sermeno is alleged to have violated his conditions of supervised release by failing to report to the probation office on August 21, 2023, before 4 p.m.

Please refer to the supporting evidence narrative found in Violation #2.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 22, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian
Signature of Judicial Officer

8/23/2023
Date