A PROB 12C  
(6/16)

Report Date: November 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Lucas Roy Howard Sermeno | | Case Number: 0980 1:20CR02010-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | | |
| Date of Original Sentence: December 3, 2020 | | |
| Original Offense: | Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 22 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/07/2022) | Prison - 9 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: July 11, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: Tolling |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 21, 2023.

On August 10, 2023, the supervised release conditions were reviewed by Mr. Sermeno, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Sermeno violated mandatory condition number 1 on or about August 23, 2023, by being charged with Third Degree Assault - Law Enforcement Officer, a violation of the Revised Code of Washington (RCW) 9A.36.031(1)(g), Yakima Superior Court case number 23-1-01323-39.<br><br>According to the Wapato Police Department (WPD) narrative report number 23W2200, on August 23, 2023, at 3:19 p.m., the reporting party (RP) identified Mr. Sermeno had tagged their building, Wapato Pawn and Trade, located at 201 South Wapato Avenue, Wapato, Washington. Upon arrival of WPD, the RP pointed at Mr. Sermeno at the southwest corner of South Wapato Avenue and West 2nd Street and advised he was the one that had tagged |

Prob12C
Re: Sermeno, Lucas Roy Howard
November 13, 2023
Page 2

their building using red spray paint. The WPD officer observed Mr. Sermeno also matched the RP's description to dispatch. The WPD officer crossed South Wapato Avenue and told Mr. Sermeno to put down his phone charger and cell phone; he was using an outside outlet to charge his phone. Mr. Sermeno unplugged his phone and began reaching into his pockets. When the WPD officer told him to stop reaching into his pockets, he did not comply. The WPD officer attempted to get wrist control since Mr. Sermeno continued reaching into his pockets, but he pulled away and began to run westbound, then northbound in an alley toward Dollar Tree. The WPD officer told Mr. Sermeno to stop or he would be tased, but he did not stop. The WPD officer attempted to tase him, but the thick hoodie prevented the taser probes from landing.

A WPD detective who was in the area witnessed the foot pursuit and assisted. The acting Wapato Police Chief arrived via patrol vehicle, and the WPD officer and detective approached on foot. Mr. Sermeno stopped running but continued to walk away, heading east on West 1st Street, where he was advised he was under arrest. The detective, acting chief, and WPD officer took Mr. Sermeno to the ground, where he continued to resist when told to put his hands behind his back; at no point did Mr. Sermeno cooperate with putting his hands behind his back. Once all three law enforcement officials got Mr. Sermeno's hands behind his back, the WPD officer handcuffed him. The cuffs were gauged for fit and double-locked.

When asked to roll onto his side and stand up, Mr. Sermeno refused to get up. Yakama Nation Tribal Police (YNTP) arrived to assist. Once Mr. Sermeno was stood up, he was not cooperative about walking to the patrol vehicle and was pushing his body weight against the acting chief and YNTP officer. At the patrol vehicle, the WPD officer searched Mr. Sermeno. He was not cooperative during the search; he continued to pull away and tried to kick the WPD officer's legs. Once the search was complete, Mr. Sermeno was asked to get into the patrol vehicle; he verbally refused and resisted. While the YNTP officer pulled him from the other side of the vehicle, the acting chief and the WPD officer pushed him in.

While pushing Mr. Sermeno into the vehicle, he spit on the WPD officer's face (on body camera, the WPD officer can be heard saying it was gross and can be seen wiping the spit off of the his face with his sleeve). The acting chief transported Mr. Sermeno to the Yakima County Jail, where they advised he would need medical clearance before he could be fully booked. Once medically cleared, Mr. Sermeno was transported back to Yakima County Jail, and was booked on charges of third degree malicious mischief, third degree assault, resisting arrest, and obstructing. The acting chief had an injury to his right elbow from the scuffle, and the WPD officer had an injury to his left wrist from the scuffle.

On October 25, 2023, Mr. Sermeno entered a guilty plea and was sentenced to 80 days in custody with credit for time served.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Sermeno, Lucas Roy Howard
November 13, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 13, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/14/2023

Date