PROB 12C
(6/16)

Report Date: January 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lucas Roy Howard Sermeno          Case Number: 0980 1:20CR02010-SAB-1

Address of Offender: ███████████████  Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 3, 2020

| | | |
|---|---|---|
| Original Offense: | Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 22 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/07/2022) | Prison - 9 months<br>TSR - 27 months | |
| Revocation Sentence:<br>(11/28/2023) | Prison - 2 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: July 11, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To issue a warrant

On January 5, 2024, the supervised release conditions were reviewed by Mr. Sermeno, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and When you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to contact the probation office as directed on January 11, 2024.<br><br>On January 10, 2024, Mr. Sermeno reported to the probation office as directed. During the meeting, Mr. Sermeno agreed to receive a substance abuse evaluation at Merit on January 11, 2024, and contact this officer afterward to discuss his plans to enter inpatient substance abuse treatment. Mr. Sermeno has not contacted the probation office since January 10, 2024. |

Prob12C
**Re: Sermeno, Lucas Roy Howard**
**January 24, 2024**
**Page 2**

Due to Mr. Sermeno not having a cellular telephone, this officer contacted his sister, who also attempted to contact Mr. Sermeno and encourage him to contact the probation office, but it was unsuccessful.

On January 22, 2024, this officer contacted Mr. Sermeno's assigned Community Corrections Officer (CCO), Angela Chavez, with the Department of Corrections (DOC). CCO Chavez said she has not had any contact with Mr. Sermeno since the last time he reported to their office on January 10, 2024, but he was scheduled to report on January 23, 2024. CCO Chavez said she would contact me if he reported to her office or if he did not report.

On January 23, 2024, this officer received a telephone call from CCO Chavez stating Mr. Sermeno did not report to their office, and a warrant was issued for his arrest.

| | |
|---|---|
| 2 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to re-engage in substance abuse treatment at Merit Resource Services (Merit) on January 11, 2024.

On January 10, 2024, Mr. Sermeno reported to the probation office as directed. During the meeting, Mr. Sermeno agreed to receive a substance abuse evaluation at Merit on January 11, 2024, and contact this officer afterward to discuss his plans to enter inpatient substance abuse treatment. Mr. Sermeno has not contacted the probation office since January 10, 2024. This officer has not received any documentation from Merit that Mr. Sermeno completed a substance abuse evaluation as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | January 24, 2024 |
|---|---|
| | s/Kyle Mowatt |
| | Kyle Mowatt<br>U.S. Probation Officer |

Prob12C
**Re: Sermeno, Lucas Roy Howard**
**January 24, 2024**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

01/25/2024
Date