PROB 12C
(6/16)

Report Date: December 31, 2024

# United States District Court

#### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 31, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Lucas Roy Howard Sermeno          Case Number: 0980 1:20CR02010-SAB-1

Address of Offender: ███████████████ Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 3, 2020

Original Offense:       Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3)

Original Sentence:      Prison - 22 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Revocation Sentence:    Prison - 9 months
(12/07/2022)            TSR - 27 months

Revocation Sentence:    Prison - 2 months
(11/28/2023)            TSR - 25 months

Revocation Sentence:    Prison - 9 months
(03/18/2024)            TSR - 25 months

Asst. U.S. Attorney:    Michael Davis Murphy           Date Supervision Commenced: November 27, 2024

Defense Attorney:       Paul Shelton                   Date Supervision Expires: December 26, 2026

## PETITIONING THE COURT

To issue a warrant

On December 19, 2024, the supervised release conditions were reviewed by Mr. Sermeno, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by consuming methamphetamine on December 17, 2024. |

On December 19, 2024, Mr. Sermeno reported to the probation office as instructed to complete his supervised release intake paperwork. During the meeting, Mr. Sermeno admitted that he consumed methamphetamine on December 17, 2024. He stated that he made a poor decision by spending time with old friends, which led to his drug use. Mr. Sermeno signed an admission/denial form acknowledging his consumption of meth.

At the end of the meeting, the officer instructed Mr. Sermeno to return to the office on Thursday, December 26, 2024, before 1 p.m. Mr. Sermeno confirmed his understanding of this directive. He also received a business card with written reporting instructions as a reminder.

On December 23, 2024, this officer contacted Mr. Sermeno outside his sister's residence. During this meeting, Mr. Sermeno was reminded to report to the probation office on December 26, 2024. This officer also assisted Mr. Sermeno in scheduling a substance abuse evaluation at the Yakama Nation Tiinawit Program (Tiinawit Program) for Friday, December 27, 2024, at 9 a.m.

On December 26, 2024, Mr. Sermeno failed to report to the probation office as directed. This officer contacted Mr. Sermeno by telephone, and he explained that he overslept but would report to the office the following day (December 27, 2024) after his substance abuse evaluation. However, Mr. Sermeno did not report on December 27, 2024. This officer attempted to contact him by phone several times but was unsuccessful. This officer also tried to reach Mr. Sermeno on December 30, 2024, but was again unable to make contact.

On December 31, 2024, this officer contacted staff at the Tiinawit Program and confirmed that Mr. Sermeno was a no-call, no-show for his scheduled substance abuse evaluation.

2  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and When you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to contact the probation office as directed on December 26 and 27, 2024.

Please refer to the supporting evidence in violation #1.

3  **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Sermeno is considered to be in violation of his supervised release conditions by failing to attend a substance abuse treatment evaluation at the Tiinawit Program on December 27, 2024.

Please refer to the supporting evidence in violation #1.

Prob12C
**Re: Sermeno, Lucas Roy Howard**
**December 31, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 31, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/31/2024
Date